UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60296-CIV-DIMITROULEAS

LS ENERGIA, INC.,
a Florida corporation,

     Plaintiff,

vs.

GEVA ENGINEERING GROUP.,
A Puerto Rico corporation,

     Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Pursuant to Federal Rule of Civil Procedure 41(b), a district court also may dismiss a complaint for failure to comply with a court order or the federal rules. *See id.*

If a defendant fails to respond to a complaint, the plaintiff may move for a Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(a). Plaintiff filed a Verified Return of Service, stating that Defendant was served on May 23, 2013. [DE 7].[1] However, no responsive pleading has been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before June 24, 2013,

---

[1] The Court takes no position as to whether the service was proper in this case.

Plaintiff shall move for Clerk's Default or show cause why it should not do so. Failure to follow this Order will result in the Court immediately dismissing this action for lack of prosecution.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of June, 2013.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of record